UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LANDSTAR RANGER, INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-120 |
| | § | |
| URBAN ROADS, INC. | § | |

# FINAL JUDGMENT

Plaintiff has moved for default judgment in this case (Dkt. No. 18). Having granted Plaintiff's motion, the Court now **ENTERS** final judgment in favor of Plaintiff Landstar Ranger, Inc.

It is hereby **ORDERED** that Plaintiff recover from Defendant Urban Roads, Inc.:

1. $295,075.44 in damages on its breach of contract claim;
2. $2,670.00 in attorneys' fees;
3. $402.00 in costs; and
4. Postjudgment interest on the above at a rate of 5.19% *per annum*.

It is so **ORDERED**.

**SIGNED** May 9, 2024.

_____
Marina Garcia Marmolejo
United States District Judge